UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No: 10-52-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| JERRY LEE BUNCH., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Report and Recommendation [R. 56] filed by United States Magistrate Judge Hanly A. Ingram. The Report and Recommendation addresses the reported violations of supervised release conditions by the Defendant Jerry Lee Bunch. [*Id.*] Therein Judge Ingram recommends revocation of Bunch's supervised release, and imprisonment for a term of six (6) months to be followed by an additional supervised release term of 26 months. [*Id*.] Additionally, Judge Ingram recommends that Bunch serve his sentence at a federal medical center. [*Id.*] Further, Judge Ingram's Report advises the parties that any objections must be filed within fourteen (14) days of service. [*Id.*] As of this date, neither party has filed objections or sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and

recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 56] is **ADOPTED** as the opinion of this Court;

(2) Bunch's period of supervised release is **REVOKED** and he is **SENTENCED** to a term of imprisonment for a term of six (6) months;

(3) An additional term of supervised release of 26 months shall be imposed after completion of Bunch's period of detention; and

(4) The period of supervised release shall include the same conditions originally imposed by the Court's Judgment dated August 11, 2011 [R. 46].

Further, the Court **RECOMMENDS** to the Bureau of Prisons that Bunch serve his sentence at the BOP facility best equipped to treat Bunch's medical condition and issues, specifically a federal medical center.

This 15th day of May, 2012.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge